WADDELL v. GROOVER et al.

WYATT, Justice. This case comes before this court on an exception to an order of the court below dissolving a temporary restraining order previously granted. There are many decisions of this court holding that such an order is not a final judgment from which a writ of error will lie. See *Adams v. City of Macon,* 204 *Ga.* 1 (48 S. E. 2d, 829), and numerous decisions cited therein. Accordingly, the writ of error in the instant case must be dismissed.

*Writ of error dismissed. All the Justices concur.*

No. 17126. JULY 12, 1950.

*Charles W. Anderson,* for plaintiff.